■ In the Matter of HYMAN ABRAMS, an Attorney.—Motion for reinstatement granted only to the extent of directing that respondent's record be submitted to the Committee on Character and Fitness for Admission to the Bar for review and consideration and holding all further proceedings in abeyance until receipt of the report of said committee. Concur—Murphy, P. J., Kupferman, Birns, Capozzoli and Markewich, JJ.

■ In the Matter of JOHN N. GRIGGS, JR., an Attorney.—Motion for reinstatement as an attorney and counselor at law in the State of New York granted, pursuant to section 90 of the Judiciary Law. Respondent will be reinstated upon taking the appropriate oath. Concur—Kupferman, J. P., Birns, Silverman and Markewich, JJ.

■ In the Matter of BERNARD G. WALPIN, an Attorney.—Motion granted and respondent reinstated as an attorney and counselor at law in the State of New York. Concur—Murphy, P. J., Lupiano, Birns, Lane and Markewich, JJ.

■ In the Matter of MORRIS WINTER, an Attorney.—Motion granted and respondent reinstated as an attorney and counselor at law in the State of New York. Concur—Murphy, P. J., Kupferman, Lupiano and Capozzoli, JJ.

## (May 12, 1977)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL REECE, Appellant.—Judgment, Supreme Court, Bronx County, rendered on October 16, 1975, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). No opinion. Concur—Lupiano, J. P., Birns, Silverman, Lane and Markewich, JJ.